AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Thynge, Mary P. | **2. Court or Organization**<br><br>U.S. District Court--Delaware | **3. Date of Report**<br><br>11/27/2017 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Magistrate-Judge Full-Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
844 King Street, Unit 8
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Pension - Pennsylvania State Employee Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. SEI Managed Account | Management Fees | J |
| 2. John Hancock | Management Fees | J |
| 3. First Financial Equity Corp. | Management Fees | J |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Checking Account Wilmington, Delaware | A | Interest | M | T | | | | | |
| 2. Wachovia Money Market Account Wilmington, Delaware | A | Interest | M | T | | | | | |
| 3. Blackrock National Municipal Institutional Class | A | Div & Int | K | T | | | | | |
| 4. Jackson National Life Insurance Co. (Annuity) | C | Int/Prin | L | T | Distributed (part) | 04/02/16 | J | C | None |
| 5. Jackson National Life Insurance Co. (Annuity) | B | Int/Prin | L | T | Distributed (part) | 04/02/16 | J | C | None |
| 6. First Financial Equity Corp. MM Account | A | Interest | J | T | | | | | |
| 7. John Hancock Life Insurance Co., Venture Annuity | C | Int./Div. | M | T | | | | | |
| 8. PNC Bank Checking | | None | J | T | | | | | |
| 9. PSER, Harrisburg, PA | | None | K | T | | | | | |
| 10. BRT | | None | J | T | | | | | |
| 11. ERF | A | Dividend | J | T | | | | | |
| 12. T | B | Dividend | K | T | | | | | |
| 13. PFE | A | Dividend | J | T | | | | | |
| 14. FNB | A | Dividend | J | T | | | | | |
| 15. MSFT | A | Dividend | K | T | | | | | |
| 16. Radio Shack | A | Dividend | J | T | | | | | |
| 17. CIENA | | None | | | Sold | 12/20/16 | J | | None |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rydex S&P | | None | | | Sold | 12/15/16 | J | C | None |
| 19. Eventide Gilead CLA | | None | | | Sold | 05/11/16 | K | A | None |
| 20. Alliance Fiber Optic Products | | None | | | Redeemed | 06/07/16 | J | A | None |
| 21. Vanguard Consumer EFT | B | Dividend | K | T | Buy | 05/16/16 | J | | None |
| 22. MSFT | A | Dividend | J | T | | | | | |
| 23. Sun America Focused Dividend | A | Dividend | K | T | | | | | |
| 24. Viavi Solutions Inc, | | None | | | Sold | 12/20/16 | J | A | None |
| 25. SEI: TMLCX | A | Dividend | N | T | | | | | |
| 26. GNMA REMIC | A | Interest | J | T | | | | | |
| 27. First Eagle Gold | | None | | | Sold | 12/15/16 | K | D | None |
| 28. Freddie Mac REMIC 1274L | A | Interest | J | T | Redeemed (part) | 08/12/16 | J | A | None |
| 29. ETrade BK | A | Interest | K | T | | | | | |
| 30. SILEA | A | Dividend | J | T | | | | | |
| 31. SUI | B | Dividend | K | T | | | | | |
| 32. NZTCY | A | Dividend | J | T | | | | | |
| 33. CTL | B | Dividend | K | T | | | | | |
| 34. FEMOW | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Extended Ins. SEP Dep. Acct | A | Interest | J | T | | | | | |
| 36. CS First Boston | A | Interest | J | T | | | | | |
| 37. Bank Amer Series 2005-5 | A | Interest | J | T | | | | | |
| 38. SEI: STMSX | A | Dividend | L | T | | | | | |
| 39. SEI: TMMAX | A | Dividend | K | T | | | | | |
| 40. SEI: SEITX | A | Dividend | L | T | | | | | |
| 41. SEI: SIEMX | A | Dividend | K | T | | | | | |
| 42. SEI: SEIMX | A | Dividend | M | T | | | | | |
| 43. SEI: SRAAX | A | Dividend | K | T | | | | | |
| 44. SEI: SEATX | A | Dividend | K | T | | | | | |
| 45. SEI: SITEX | A | Dividend | K | T | | | | | |
| 46. SEI: SEFIX | A | Dividend | J | T | | | | | |
| 47. SEI: TPRXX | A | Interest | J | T | | | | | |
| 48. SEI CASH ACCESS | A | Interest | J | T | | | | | |
| 49. Baidu Inc. | | None | | | Sold | 12/20/16 | J | A | None |
| 50. Ulta Salon | | None | | | Sold | 08/26/16 | J | D | None |
| 51. LVIP AmGlGrAMR | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. I Shares SVC | | None | J | T | Buy | 08/31/16 | J | | None |
| 53. Dow Jones US Financial Index Fund | | None | J | T | Buy | 08/31/16 | J | | None |
| 54. I Shares US Regional Banks EFT | | None | J | T | Buy | 08/31/16 | J | | None |
| 55. JP Morgan | | None | J | T | Buy | 08/31/16 | J | | None |
| 56. I Shares Midcap 400 | | None | J | T | Buy | 05/16/16 | J | | None |
| 57. Schlumberger Ltd | | None | J | T | Buy | 12/20/16 | J | | None |
| 58. I Shares Aerospace | | None | J | T | Buy | 12/20/16 | J | | None |
| 59. Blackrock Equity Division | B | Dividend | J | T | Buy | 05/16/16 | J | | None |
| 60. Vanguard Small Cap | B | Dividend | J | T | Buy | 03/17/16 | J | | None |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII - Items 4 & 5 - Jackson National Life Insurance Co. are two anuities I inherited. At the time of my inheritance, annual payments were made which I continued. There are no sub-account choices, no investment options, or any specific investment options provided.

VII - Item 7 - Regarding my John Hancock Annuity, I have no right to chose investments or sub-account choices.

VII - Item 51 - Lincoln Lifetime Income Advantage 2.0 Management as directed in the letter from the Committee dated 11/9/17 was changed to LVIP AmGIGrAMR the name of the instrument or specific fund, in which 100% of the assets are invested.

VII - Item 53 - I Shares Index Fund was changed to Dow Jones US Financial Index Fund consistent with the Committee's instructions in its letter of 11/9/17.

VII - Item 54 - I Shares EFT was changed to I Shares US Regional Banks EFT consistent with the Committee's instructions in its letter of 11/9/17.

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 11/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary P. Thynge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544